# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 DEC -7 PM 3:19 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

LONNIE J. JONES

vs

DONALD C. WINTER in his official capacity as SECRETARY OF THE NAVY

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2295 JAH (CAB)

TO: (Name and Address of Defendant)

DONALD C. WINTER in his official capacity as
Secretary of the Navy
1000 Navy Pentagon
Washington, DC 20350-1000

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Paul D. Jackson
10951 Sorrento Valley Road, Suite 1-G
San Diego, CA 92121-1613

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

SEAL

J. PARIS

By , Deputy Clerk

DEC 07 2007

DATE



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)