In the matter of JONES v. WINTER No. 07cv2295 JAH (CAB)

LAW OFFICES OF PAUL D. JACKSON
PAUL D. JACKSON, ESQ.
10951 Sorrento Valley Rd., Suite 1-G
San Diego, CA 92121
(858) 552-4900
email: paul@jacksonlaw.biz

Attorney for Plaintiff

PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is: 10951 Sorrento Valley Road, Suite 1G San Diego, CA 92121

On June 3, 2008, I served the foregoing document(s) described as:

JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER and ORDER THEREON

on the following interested parties:

Timothy C. Stutler, Esq.
Assistant U.S. Attorney
880 Front St., Rm. 6293
San Diego, California 92101

_X_ VIA THE ECF SYSTEM - I have verified that attorney Clukey is a Registered User of the Court's ECF system and that, therefore, service will be effected by the Court e-mail advisement to attorney Clukey of this filing

Executed on June 3, 2008 at San Diego, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Paul D. Jackson — (Type or Print Name)

s/ Paul D. Jackson — (Signature)