UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE J. JONES,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER in his official capacity as SECRETARY OF THE NAVY,<br><br>Defendant. | Civil Case No.: 07cv2295 JAH (CAB)<br><br>JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER and<br><br>**ORDER THEREON** |

Whereas on May 29, 2008 the Honorable Cathy Ann Bencivengo entered an Order directing the parties to file a joint motion for the entry of a protective order, the parties hereby request that the Court Order as follows:

1. On or before June 16, 2008, Defendant shall supplements his Rule 26(a)(1)(A) Initial Disclosure to provide Plaintiff with the "the name and, if known, the address and telephone number of each individual likely to have discoverable information ..."

2. The contact information (i.e. addresses and phone numbers) produced by Defendant to Plaintiff concerning current and former employees of the United States Government shall not be used for any purpose other than litigation of this case or in connection with proceedings concerning

settlement. For those purposes, the materials may be disclosed to the following persons only:

a. The signatories and their staff;

b. Bona fide employees and agents of the signatories for any of the parties; and,

c. The Court, including any jurors that may be empaneled in connection with any trial of this matter.

Such disclosures may be made only while such persons are assisting in the accomplishment of the foregoing purposes, with disclosure only to the extent necessary to enable them to perform the same.

3. Unless the United States Attorney's Office consents in writing to further disclosure, the signatories shall not further disclose the information to persons or entities not listed in subparts 1a through 1c. above without first obtaining from the Court an Order.

4. The Court may change this stipulated Protective Order in the interests of justice or for public policy reasons.

5. The plaintiff shall notify the United States Attorney's Office of his intent to contact any government employee for whom contact information was provided by defendant at least (3) days prior to initiating contact with such employee.

DATED: June 3, 2008

KAREN P. HEWITT
United States Attorney

s/ Timothy C. Stutler
TIMOTHY C. STUTLER
Assistant U.S. Attorney
Attorneys for the United States of America

LAW OFFICE OF PAUL D. JACKSON

DATED: June 3, 2008

s/ Paul D. Jackson
PAUL D. JACKSON, ESQ.
Attorneys for Plaintiff

///

///

///

///

**ORDER**

Pursuant to the stipulation of the parties for entry of the protective order described above, **IT IS SO ORDERED**.

**IT IS FURTHER ORDERED**, subject to public policy, and further court order, nothing shall be filed under seal, and the court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel.

DATED: June 4, 2008

**CATHY ANN BENCIVENGO**
United States Magistrate Judge