UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE J. JONES<br><br>Plaintiff,<br><br>v.<br><br>DONALD WINTER in his official capacity as SECRETARY OF THE NAVY<br><br>Defendant. | Case No.: 07cv2295 JAH (CAB)<br><br>STIPULATED PROTECTIVE ORDER and<br><br>ORDER THEREON. |

Plaintiff has served a first set of interrogatories and first set of requests for production that call for materials Defendant believes are or contain confidential personnel information protected by the Privacy Act. This includes contact information, dates of birth, race and other personnel information concerning various agency employees. Defendant is withholding the requested information pending issuance of a court order requiring the production of that information.

IT IS HEREBY STIPULATED by and between all signatories to this agreement ("the signatories"), that the following Protective Order may be entered setting forth procedures for, and rules governing, the use and handling of the subject requested information:

//

//

//

ORDER

IT IS HEREBY ORDERED that:

1. Defendant shall produce the information requested by Plaintiff in Plaintiff's first of interrogatories and first set of requests for production that Defendant asserts is protected from disclosure by the Privacy Act.

2. Pursuant to 5 U.S.C. 552a(b)(11), the Court finds that the information requested, i.e. contact information, dates of birth, race and/or other confidential personnel information concerning various agency employees, is relevant under the standard provided by Federal Rule of Civil Procedure 26(b)(1) and, therefore, those materials may be disclosed. See *Laxalt v. McClatchy* (D.C. Cir 1987) 809 F.2d 885, 888-890.

3. The Court further finds this Protective Order is sufficient to protect the privacy interests of any affected individuals. See, *Id.*

4. Such otherwise confidential materials produced by Defendant shall not be used for any purpose other than litigation of this case or in connection with proceedings concerning settlement. For those purposes, the materials may be disclosed to the following persons only:

a. The signatories and their staff;

b. Bona fide employees and agents of the signatories for any of the parties; and,

c. The Court, including any jurors that may be empaneled in connection with any trial of this matter.

Such disclosures may be made only while such persons are assisting in the accomplishment of the foregoing purposes, with disclosure only to the extent necessary to enable them to perform the same.

5. Unless the USAO consents in writing to further disclosure, the signatories shall not further disclose the information to persons of or entities not listed in subparts 3a through 3c. above without first obtaining from the Court an Order.

6. The Court may change this stipulated Protective Order in the interests of justice of for public policy reasons.

7. Subject to public policy and further Court order, nothing shall be filed under seal, and the Court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel.

8. The plaintiff shall notify the United States Attorney's Office of his intent to contact any government employee for whom contact information was provided by defendant at least (3) days prior to initiating contact with such employee.

//

DATED: June 5, 2008

s/ Paul D. Jackson
Paul D. Jackson
Attorney for Plaintiff
LONNIE JONES

DATED: June 5, 2008

KAREN P. HEWITT
United States Attorney

s/ Timothy C. Stutler
TIMOTHY C. STUTLER
Assistant U.S. Attorney
Attorneys for Defendant DONALD WINTER

ORDER

**IT IS SO ORDERED**.

Dated: June 5, 2008

**CATHY ANN BENCIVENGO**
United States Magistrate Judge