KAREN P. HEWITT
United States Attorney
TIMOTHY C. STUTLER
Assistant U.S. Attorney
California State Bar No. 131794
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7387

Attorneys for the Defendant

Paul D. Jackson, Cal. St. Bar No. 59542
LAW OFFICES OF PAUL D. JACKSON
10951 Sorrento Valley Road, Suite 1-G
San Diego, CA 92121-1613
Voice (858) 552-4900
Fax (858) 552-4904

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE J. JONES,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER in his official capacity as SECRETARY OF THE NAVY,<br><br>Defendant. | Civil No. 07cv2295JAH(CAB)<br><br>JOINT MOTION TO VACATE MANDATORY SETTLEMENT CONFERENCE |

COME NOW THE PARTIES, Plaintiff Lonnie J. Jones, by and through his counsel, Paul D. Jackson, Esq., and Defendant Donald C. Winter, Secretary of the Navy, by and through his counsel, Karen P. Hewitt, United States Attorney, and Timothy C. Stutler, Assistant United States Attorney, and hereby jointly move the Court to vacate the Mandatory Settlement Conference set for September 30,2008 in this matter.

Because the parties have not completed their discovery, and because Defendant intends to file a summary judgment motion, the parties agree that settlement efforts at this stage of the litigation would not be productive. The discovery cut-off date in this matter is November 28, 2008. The last date to file a summary judgment motion is January 5, 2009.

Based on a conversation between Defendant's counsel and chambers earlier today, the parties do not plan to file Mandatory Settlement Conference Statements at this time, unless directed to do so by the Court.

Dated: September 19, 2008

LAW OFFICES OF PAUL D. JACKSON

s/ Paul D. Jackson
PAUL D. JACKSON
Attorney for Plaintiff

Dated: September 19, 2008

KAREN P. HEWITT
United States Attorney

s/ Timothy C. Stutler
TIMOTHY C. STUTLER
Assistant U.S. Attorney
Attorneys for Defendant

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff, Paul D. Jackson, Esq., and that I have obtained authorization from Mr. Jackson to affix his electronic signature to this document.

Dated: September 19, 2008

KAREN P. HEWITT
United States Attorney

s/ Timothy C. Stutler
TIMOTHY C. STUTLER
Assistant U.S. Attorney
Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE J. JONES,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER in his official capacity as SECRETARY OF THE NAVY,<br><br>Defendant. | Civil No. 07cv2295JAH(CAB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Timothy C. Stutler, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the following document(s) on the parties indicated below by electronically filing said document(s) with the Clerk of the District Court using its ECF System, which electronically notifies them:

DOCUMENT(S) SERVED:

JOINT MOTION TO VACATE MANDATORY SETTLEMENT CONFERENCE

PARTIES ON WHOM SERVED:

Paul D. Jackson, Esq., LAW OFFICES OF PAUL D. JACKSON, paul@jacksonlaw.biz

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 19, 2008.

s/ Timothy C. Stutler
TIMOTHY C. STUTLER